UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALEJANDRO GODOY,<br><br>            Plaintiff,<br><br>     v.<br><br>QUANTCAST CORPORATION,<br><br>            Defendant. | Case No.  CV 10-7662-GW(JCGx)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 16, 2010**<br><br><br>Hon. George H. Wu |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

The Initial Case Management Conference currently set for December 2, 2010 at 8:30 a.m. shall be rescheduled to **December 16, 2010 at 8:30 a.m.**

Dated: December 2, 2010                    _____
                                                                Hon. George H. Wu
                                                                United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.